Orville BALCH, individually, etc., et al., applts., v. Lillian E. FINK et al., respts. (Supreme Court, Appellate Division, Fourth Department. March 15, 1916.) Order (92 Misc.

Rep. 47, 155 N. Y. Supp. 308) affirmed with $10 costs and disbursements. All concur.